CARRIE O'BRIEN, Respondent, v. VIDA MAY, as Executrix, etc., of

* See Village Law, § 341.— [REP.

MICHAEL O'BRIEN, Deceased, Appellant, Impleaded with Others.— Motion to open default denied. Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Held, that the appeal is so lacking in merits as to justify denial of the motion to open the default.

In the Matter of the Application of HAECKER STERLING COMPANY, INC., Appellant, v. CITY OF BUFFALO and Others, Respondents.—Appeal dismissed without costs upon stipulation filed.